UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:21-21024-CV

MARIA MALDONADO,

    Plaintiff,

vs.

GREEN EXPLOSION INC.,
LIBIA C. GOMEZ, and
ALEJANDRO GOMEZ,

    Defendants.

_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

By and through undersigned counsel, GREEN EXPLOSION INC., LIBIA C. GOMEZ, and ALEJANDRO GOMEZ ("Defendants") respond to Plaintiff's Statement of Claim and state the following:

1. Defendants dispute and deny that any money is due to Plaintiff for overtime under the Fair Labor Standards Act ("FLSA"). Specifically, Defendants dispute Plaintiff's claim(s) that time was deducted from Plaintiff's timecard for lunch breaks even though she did not eat lunch.

Respectfully submitted June 15, 2021,

                                By:   /s/ Lowell Kuvin
                                      Lowell Kuvin, Esq.
                                      Florida Bar No.: 53072
                                      lowell@kuvinlaw.com
                                      sunny@kuvinlaw.com
                                      *Law Office of Lowell J. Kuvin, LLC*
                                      17 East Flagler Street, Suite 223
                                      Miami, Florida 33131
                                      Tel.: 305.358.6800
                                      Fax: 305.358.6808
                                      *Attorney for Defendants*

1

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 15, 2021 I caused a copy of the foregoing with the Court's CM/ECF system which will automatically send a copy of the foregoing to all registered counsel in this case.

By:    /s/ Lowell Kuvin
       Lowell Kuvin, Esq.

2

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808