UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21024-CV-REID

MARIA de LOS ANGELES
SABACHE MALDONADO,

    Plaintiff,

v.

GREEN EXPLOSION, INC., et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Notice of Acceptance of Rule 68 Offer (the "Notice"). [ECF No. 28]. The Court has considered the Notice and the pertinent portions of the record.

After careful review, it appears that the Plaintiff's Notice of Acceptance of the Rule 68 offer refers to Defendants who are not parties to this lawsuit. If Plaintiff wishes to submit a corrected Notice of acceptance, the Court shall consider it. Accordingly, the Notice is not Approved and Final Judgment shall not be entered.

**DONE AND ORDERED** this 8th day of October, 2021.

                                          LISETTE M. REID
                                          UNITED STATES MAGISTRATE JUDGE

cc:    **All Counsel of Record**