UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21024-REID [*CONSENT CASE*]

MARIA DE LOS ANGELES SABACHE MALDONADO,

    Plaintiff,

vs.

GREEN EXPLOSION INC.,
LIBIA C. GOMEZ, and
ALEJANDRO GOMEZ,

    Defendants.
_____/

## NOTICE OF ACCEPTANCE OF RULE 68 OFFER

Plaintiff, Maria de los Angeles Sabache Maldonado, notices the Court and all parties that she accepts the Rule 68 Offer of Judgment (Exhibit "A") served by email on August 24, 2021 in satisfaction of her claims for unpaid overtime wages and liquidated damages alleged in the Complaint. [ECF No. 1.]

Having accepted the Offer of Judgment pursuant to Fed. R. Civ. P. 68, Plaintiff requests the Clerk of Court to enter a Final Judgment in her favor and against Defendants, Green Explosion Inc., Libia C. Gomez, and Alejandro Gomez, jointly and severally in the total amount of $5,500.00, inclusive of $2,750.00 in unpaid overtime wages and $2,750 in liquidated damages.

Plaintiff further requests that the Court reserve jurisdiction in the Final Judgment to determine the reasonable attorneys' fees and costs to be awarded to Plaintiff, as the prevailing party in this action, against Defendants, jointly and severally, pursuant to 26 U.S.C. §216(b).

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
tel 305.230.4884   fax 305.230.4844
*www.fairlawattorney.com*

Dated this 12th day of October 2021

                                              s/Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq.
                                              Fla. Bar No. 174742
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              *Counsel for Plaintiff*
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:    305.230.4884

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
tel 305.230.4884   fax 305.230.4844
*www.fairlawattorney.com*