| Date | Staff Member | Category | Description | Duration | Total |
|---|---|---|---|---|---|
| 3/3/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Initial meeting with client; review her intake form, discuss her claim, and what to expect | 1.00 | 450.00 |
| 3/8/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Draft and revise Complaint | 1.00 | 450.00 |
| 3/16/2021 | Law Ruler Support | Paralegal | Draft Summons for each Defendant; Draft Civil Cover Sheet; Review County records for service address of Defendants. User: Awilda Montalvo | 1.50 | 225.00 |
| 3/16/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Revise and finalize the Complaint, Summonses (x3) and Civil Coversheet | 0.40 | 180.00 |
| 3/16/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Draft and revise letter to client re: case filed and what to expect (English & Spanish) | 0.40 | 180.00 |
| 3/16/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of Clerk's Notice of Judicial Assignment (Judge Ungaro) | 0.10 | 45.00 |
| 3/16/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of Summons issued to Mr. Gomez | 0.10 | 45.00 |
| 3/16/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of Summons issued to Mrs. Gomez | 0.10 | 45.00 |
| 3/16/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of Summons issued to Green Explosion | 0.10 | 45.00 |
| 3/17/2021 | Law Ruler Support | Paralegal | Draft correspondence process server regarding service. User: Awilda Montalvo | 0.10 | 15.00 |
| 3/17/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of Order Setting Initial Planning and Scheduling Conference | 0.50 | 225.00 |
| 3/18/2021 | Law Ruler Support | Paralegal | Telephone conference client regarding updated withholding documents. User: Awilda Montalvo | 0.10 | 15.00 |
| 3/22/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Draft and revise letter to Ms. Sabache enclosing the Complaint and advising her re: what to expect | 0.40 | 180.00 |
| 3/22/2021 | Law Ruler Support | Paralegal | Draft email English and Spanish to client requesting documents. User: Awilda Montalvo | 0.20 | 30.00 |
| 3/23/2021 | Law Ruler Support | Paralegal | Send email client with request for documents. User: Awilda Montalvo | 0.10 | 15.00 |
| 3/24/2021 | Law Ruler Support | Paralegal | Telephone Conference client regrading records. User: Awilda Montalvo | 0.10 | 15.00 |
| 3/25/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Draft and revise letter to client re: responsibility to preserve evidence | 0.80 | 360.00 |
| 4/2/2021 | Law Ruler Support | Paralegal | Draft and file Notice of Return of Service on Green Explosion; calendar deadline; file document to the file. User: Awilda Montalvo | 0.70 | 105.00 |
| 4/2/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of Affidavit of Service on Green Explosion | 0.10 | 45.00 |
| 4/5/2021 | Law Ruler Support | Paralegal | Begin drafting Statement of Claims User: Awilda Montalvo | 0.60 | 90.00 |
| 4/13/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Teleconference with Mr. Kuvin to discuss his representation of Defendants, his agreement to accept service for the individuals, and to the MET to File Statement of Claim | 0.30 | 135.00 |
| 4/14/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Draft and revise MET to File Statement of Claim and proposed Order; then, submit the proposed Order to Judge Ungaro for consideration | 1.00 | 450.00 |
| 4/14/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Draft and revise Joint Consent to Magistrate Judge Jurisdiction and exchange emails with Mr. Kuvin re: same | 0.30 | 135.00 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/14/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of Notice of Appearance by Mr. Kuvin | 0.10 | 45.00 |
| 4/16/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of Order of Reference | 0.10 | 45.00 |
| 4/16/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of Papereless Order Granting MET | 0.10 | 45.00 |
| 4/29/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Exchange emails with Mr. Kuvin re: time and pay records for Plaintiff; then, conduct initial review of the pay records produced with the Rule 26 Disclosures | 0.70 | 315.00 |
| 4/29/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of Order Outlining Initial Planning and Scheduling Conference | 0.30 | 135.00 |
| 5/3/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Revise Rule 26 Disclosures; then, Draft skeleton for Excel spreadsheet for use in Rule 26 Disclosures and Draft and revise email to paralegal with instructions for same | 0.40 | 180.00 |
| 5/3/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Draft and revise Joint Scheduling Report and proposed Schedule | 1.00 | 450.00 |
| 5/3/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Draft and revise email to Mr. Kuvin again requesting the 2019 information and the time records for Plaintiff and enclosing the proposed JSR | 0.20 | 90.00 |
| 5/4/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Revise the Rule 26 Disclosures and then Draft and revise email to defense counsel enclosing it and the link to the disclosed documents; also, revise the spreadsheet calculating the OT owed to Plaintiff | 0.90 | 405.00 |
| 5/4/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Revise and finalize the Joint Scheduling Report and Proposed Schedule | 0.30 | 135.00 |
| 5/4/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze and redact 45 pages of client's financial information. | 0.40 | 140.00 |
| 5/5/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Prepare for and then attend Scheduling Conference with Magistrate Judge Reid | 0.40 | 180.00 |
| 5/7/2021 | Law Ruler Support | Paralegal | Drafted claim excel worksheet with hours and OT info from 1/7/19-12/5/20 User: Samantha Herrera | 0.50 | 75.00 |
| 5/7/2021 | Law Ruler Support | Paralegal | Drafted claim excel worksheet with hours and OT info from 5/19/20-1/26/21 User: Samantha Herrera | 0.50 | 75.00 |
| 5/7/2021 | Estefania Di Mare | Unassigned | Bate stamped docs shared to def - check copies User: Samantha Herrera | 0.10 | 15.00 |
| 5/7/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of Scheduling Order | 0.20 | 90.00 |
| 5/7/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of Answer & Affirmative Defenses | 0.40 | 180.00 |
| 5/11/2021 | Law Ruler Support | Paralegal | Spoke to Client regarding her witness, ████████ | 0.20 | 30.00 |
| 5/11/2021 | Law Ruler Support | Paralegal | Sent Brian an email ████████ | 0.10 | 15.00 |
| 5/11/2021 | Law Ruler Support | Paralegal | - Read and Reviewed emails between Brian and Lowell regarding client's lunch break. - Emailed Brian informing him Ms. Sabache advised she would take 30-min lunch breaks. She stated this when I called her to go over the pay records excel worksheet. User: Samantha Herrera | 0.20 | 30.00 |
| | | | Client called with questions and concerns. I translated information | | |

| Date | Name | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/13/2021 | Law Ruler Support | Paralegal | about trial only occurring if no agreement is reached at mediation. Reviewed the case file and also provided her with a case status as requested per the client. User: Samantha Herrera | 0.30 | 45.00 |
| 5/25/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze all of client's pay checks and timesheets to calculate overtime owed in preparation to draft demand letter. | 2.50 | 875.00 |
| 5/25/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft demand letter to Defendants' counsel. | 0.50 | 175.00 |
| 5/26/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Revise and send demand letter to OC Lowell Kuvin via email. | 0.50 | 175.00 |
| 6/2/2021 | Law Ruler Support | Paralegal | Client called for case status, informed her demand letter and SOC have been sent/filed. Addressed other questions and concerns. User: Samantha Herrera | 0.30 | 45.00 |
| 6/15/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Call to OC Lowell Kuvin following up on demand letter. | 0.10 | 35.00 |
| 6/15/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Spoke to OC Lowell | 0.20 | 70.00 |
| 6/16/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Phone conversation with client about settlement numbers | 0.30 | 105.00 |
| 6/16/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Call to OC - will call back | 0.10 | 35.00 |
| 6/16/2021 | Law Ruler Support | Paralegal | Telephonic meeting with client: Transferred to me b/ client was informed she would only be receiving 3k. We reviewed the statement of claim. Paystubs and her calculations. Multiplied overtime by $15/hr and the sum came out to more than 3k. User: Samantha Herrera | 0.90 | 135.00 |
| 6/16/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of Defendants' Response to Statement of Claim | 0.20 | 90.00 |
| 6/17/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Phone conversation with OC re settlement | 0.20 | 70.00 |
| 6/17/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Called client to discuss her concerns about settlement numbers. | 0.10 | 35.00 |
| 6/17/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Call back to client w Samantha intpereting | 0.40 | 140.00 |
| 6/17/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Call to OC re: settlement - no agreement | 0.30 | 105.00 |
| 6/17/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Email to OC re counter offer - 14.5k | 0.20 | 70.00 |
| 6/17/2021 | Law Ruler Support | Paralegal | Call back to client with TC, interpreted and explained math on the statement of claim. Math is actually OT hours x $5 User: Samantha Herrera | 0.50 | 75.00 |
| 6/18/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft Request for Admissions to Green Explosions. | 1.50 | 525.00 |

| Date | Attorney | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/18/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Research elements of employer status under FLSA in preparation to draft requests for admissions to defendants. | 0.40 | 175.00 |
| 6/18/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft Request for Admissions to Libia Gomez | 1.10 | 385.00 |
| 6/18/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft Request for Admissions to Alejandro Gomez | 0.40 | 140.00 |
| 6/18/2021 | Law Ruler Support | Paralegal | Called client, obtained information for questions Toussaint was requesting for her to answer. Explained new offer amount and how attorney fees will be taken from her 4k offer. Sent email to TC & BHP containing her answers to his questions and he opinion on the offer. User: Samantha Herrera | 0.50 | 75.00 |
| 6/18/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Draft and revise Notice of Mediator Selection | 0.20 | 90.00 |
| 6/21/2021 | Law Ruler Support | Paralegal | Client called to express concerns and ask questions regarding estimated settlement offer TC mentioned to her. She also wanted to express that she is upset about the attorney fees being taken out. I once again broke down the numbers for her and explained we declined the offer. Sent email to BHP & TC relaying message. User: Samantha Herrera | 0.20 | 30.00 |
| 6/21/2021 | Law Ruler Support | Paralegal | Received and reviewed email from BHP providing information to share with the client re: he concerns with O/C's first offer. Called client and advised her that this is only the 1st offer, we will continue to fight her case for more. User: Samantha Herrera | 0.30 | 45.00 |
| 6/23/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Review file and prepare / memorialize written file audit | 0.30 | 135.00 |
| 6/23/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Drafted and reviewed notice of change of address | 0.20 | 90.00 |
| 6/24/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Drafted and reviewed notice of appearance | 0.20 | 70.00 |
| 6/28/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Call to OC Lowell Kuvin - no answer | 0.10 | 35.00 |
| 6/28/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft interrogatories to defendant Green Explosion. | 1.80 | 630.00 |
| 6/29/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft interrogatories to Defendants Libia Gomez and Alejandro Gomez. | 2.20 | 770.00 |
| 7/1/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Phone conversation with OC Lowell Kuvin re: potential settlement. | 0.20 | 70.00 |
| 7/1/2021 | Law Ruler Support | Paraprofessional | Telephone conference with client requesting witness names and addresses. ███████████████ | 0.20 | 13.00 |
| 8/23/2021 | Toussaint M. Cummings, Esq. | Phone Call | Two phone calls with opposing counsel Luvin today regarding settlement negotiations. | 0.30 | 105.00 |
| 8/24/2021 | Toussaint M. Cummings, Esq. | Email Communication | Read and respond to email from opposing counsel memorializing yesterday's settlement negotiations. | 0.20 | 70.00 |

| Date | Attorney | Category | Description | Hours | Total |
|---|---|---|---|---|---|
| 8/24/2021 | Toussaint M. Cummings, Esq. | Employment Litigation Plaintiff | Analyze Rule 68 Offer of Judgment letter sent by opposing counsel | 0.20 | 70.00 |
| 8/27/2021 | Toussaint M. Cummings, Esq. | Employment Litigation Plaintiff | Draft letter to client requesting response to Rule 68 offer. | 0.40 | 140.00 |
| 8/27/2021 | Toussaint M. Cummings, Esq. | Employment Litigation Plaintiff | Phone conversation with client; verbal confirmation of Rule 68 offer of $5,500.00. | 0.10 | 35.00 |
| 9/3/2021 | Estefania Di Mare | Paralegal | Draft Notice of Acceptance and Offer of Judgement. Advised attorney of the same. | 0.50 | 75.00 |
| 9/10/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Draft and revise proposed Final Judgment for Plaintiff and then email same to Magistrate Judge Reid for entry | 0.50 | 225.00 |
| 9/22/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of email from Ms. Goldberg; then, draft email to defense counsel to confer about the proposed Final Judgment to be submitted after their confusion between non-existent language about an "admission" vs. determining Plaintiff to be the prevailing party in paragraph 2 of the Order | 0.30 | 135.00 |
| 9/23/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Teleconference with Mr. Kuvin to address the proposed Final Judgment; then, after not receiving a response regarding same (as emailed yesterday), draft follow-up email due to the apparent desire to forestall my client from receiving the money to which she should have already received pursuant to her acceptance of the Rule 68 Offer | 0.30 | 135.00 |
| 9/23/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Draft response email to Ms. Goldberg regarding the status (standstill) in hearing back from defense counsel in an effort to prompt defense counsel to respond and not keep stalling so that Ms. Sabache Maldonado can be paid already | 0.10 | 45.00 |
| 10/12/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of Order re: Notice of Acceptance had wrong entities; then, draft corrected Notice of Acceptance | 0.10 | 45.00 |
| 10/14/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of Order/Judgement based on Rule 68 Offer | 0.20 | 90.00 |
| 10/15/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft post judgment Request for Production to Defendants and draft email to opposing counsel. | 0.40 | 140.00 |
| 10/21/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft Motion for Attorney's Fees and Fact Info Sheet | 0.70 | 245.00 |

Services Subtotal: 13,268.00

## Expenses

| Date | Vendor | Category | Description | Total |
|---|---|---|---|---|
| 3/16/2021 | | Filing Fee - Federal Court | | 402.00 |
| 4/5/2021 | | Affidavit of Service | Service on Green Explosion (3/31/2021) | 45.00 |

Expenses Subtotal: 447.00

Notes:

Total: 13,715.00

Please make all amounts payable to: FairLaw Firm. Tax ID No.: 20-1722656.

Payment is due upon receipt.